## The Midland Pacific Railroad Co. v. Day.

1. The decision in the preceding case of The Midland Pacific Railroad Company v. McCartney, affirmed.

This, like the preceding case, was brought up by petition in error from the District Court for Otoe county. It was argued in connection with the preceding case.

*S. H. Calhoun* and *J. H. Croxton*, for plaintiffs in error.

*G. B. Scofield*, for defendant in error.

LAKE, J.

Upon the principles laid down in the case of this Railroad v. McCartney, decided at this term, the judgment of the District Court in this case must be affirmed.

Judgment affirmed.